## AMERICAN FORK CITY v. NICHOLES.

No. 2332.   Decided April 11, 1912.   Application for rehearing denied
June 10, 1912 (125 Pac. 395).

APPEAL from District Court, Fourth District; *Hon. J. E. Booth,* Judge.

Theodore Nicholes was convicted of selling intoxicating liquors contrary to an ordinance of American Fork City, and he appeals.

REVERSED AND REMANDED WITH DIRECTIONS TO DISMISS.

*M. E. Wilson* and *E. A. Walton* for appellant.

*George P. Parker* and *E. E. Corfman* for respondent.

FRICK, C. J.

Appellant was charged and convicted of the offense of having sold intoxicating liquors contrary to provisions of the ordinances of American Fork City, respondent herein.   This case involves precisely the same questions which we have just decided in the case of *Pleasant Grove City v. Lindsay,* 41 Utah, 154, 125 Pac. 389, and upon the authority of that case the judgment must be reversed.

The judgment is therefore reversed, and the cause remanded to the district court of Utah County, with directions to dismiss the action and to discharge the appellant.

McCARTY and STRAUP, JJ., concur.

### APPLICATION FOR REHEARING.

FRICK, C. J.

For the reasons stated in the opinion on petition for rehearing in *Pleasant Grove v. Lindsay,* the petition for rehearing in this case is denied.

McCARTY, J., concurs.

STRAUP, J.

I think it should be granted for the reasons stated by me on the petition for a rehearing in *Pleasant Grove v. Lindsay.*